**[1]IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**LANCE FRAZIER**                                                                      **PLAINTIFF**

**VS.**                                               **CIVIL ACTION NO.: 3:24-CV-00262-SA-JMV**

**JUSTIN LUTHER, INDIVIDUALLY AND**
**D/B/A LUTHER PROPERTIES, LLC, PHILLIP**
**KENNEDY, AND ANGIE KENNEDY**                                             **DEFENDANTS**

## DEFENDANTS JUSTIN LUTHER AND LUTHER PROPERTIES, LLC'S MOTION TO WITHDRAW CANNON A. FUNDERBURK

**COME NOW**, Defendants Justin Luther and Luther Properties, LLC (collectively "Luther"), through counsel and respectfully requests that this Honorable Court grant an order withdrawing Cannon A. Funderburk (MSB#106293) as co-counsel of record. This motion is not interposed for delay and will not cause delay in the matter. Phelps Dunbar will continue to represent Luther.

Because of the simplicity of the relief sought herein, Luther asks the Court to relieve it from the obligation to file a Memorandum of Law in Support of this Motion.

RESPECTFULLY SUBMITTED, this the 7th day of January, 2025.

Respectfully submitted,

PHELPS DUNBAR LLP

BY:   */s/ Andrew W. Coffman*
      Andrew W. Coffman, MSB#: 106207
      105 E. Main Street, Suite 201
      Tupelo, Mississippi 38804
      Telephone: 662 842 7907
      Facsimile: 662 842 3873
      Email: andrew.coffman@phelps.com

ATTORNEY FOR DEFENDANTS JUSTIN
LUTHER AND LUTHER PROPERTIES, LLC

---

[1] To the extent that Luther Properties, LLC is named as a defendant.

CERTIFICATE OF SERVICE

I, the undersigned attorney for Defendant, do hereby certify that I have this date filed the above and foregoing document using the CM/ECF filing system which will send notification of same to all counsel of record.

THIS the 7th day of January, 2025.

_/s/Andrew W. Coffman_
Andrew W. Coffman

PD.48030504.1