UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LANCE FRAZIER                                                                                                   PLAINTIFF

V.                                                                              CIVIL ACTION NO. 3:24-cv-262-DMB-JMV

JUSTIN LUTHER, individually and doing
Business as LUTHER PROPERTIES, LLC, et al.                                      DEFENDANTS

## ORDER GRANTING MOTION TO WITHDRAW

THERE CAME ON for consideration the motion [Doc. 31] of attorney Cannon A. Funderburk to withdraw as counsel of record for Defendants Justin Luther and Luther Properties, LLC. Having considered the motion, noting that Defendants will continue to be represented by the law firm of Phelps Dunbar, the Court finds that the motion is well taken and should be granted.

THEREFORE, the Court orders as follows:

1.      Attorney Cannon A. Funderburk is allowed to withdraw as counsel for Defendants Justin Luther and Luther Properties, LLC, and is relieved of any further responsibility for this matter. Defendants Justin Luther and Luther Properties, LLC shall continue to be represented by Mark Nolan Halbert, Andrew W. Coffman, and the law firm of Phelps Dunbar LLP.

SO ORDERED, this the 8th day of January, 2025.

*/s/ Jane M. Virden*
UNITED STATES MAGISTRATE JUDGE

1