**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**LANCE FRAZIER**                                                              **PLAINTIFF**

**v.**                                            **CIVIL ACTION NO.: 3:24-cv-262-GHD-JMV**

**JUSTIN LUTHER, INDIVIDUALLY and
d/b/a LUTHER PROPERTIES, LLC,
PHILLIP KENNEDY, and ANGIE KENNEDY**                      **DEFENDANTS**

**ORDER GRANTING UNOPPOSED MOTION FOR PARTIAL RELIEF FROM
OCTOBER 8, 2025, ORDER PURSUANT TO FED. R. CIV. P. 60(b)(6)**

This matter is before the court on the unopposed motion of Plaintiff seeking partial relief from this Court's Order [Doc. 94] dated October 8, 2025 [Doc. 108]. For the reasons provided in the unopposed motion, the Court finds that the motion is well taken and shall be granted.

On October 8, 2025, the Court granted in part Luther's Motion, ordering Plaintiff to produce bank statements and other documents [Doc. 94]. Then, on October 14, 2025, District Judge Mills entered an Order granting in part Luther's Partial Motion to Dismiss, dismissing Plaintiff's claim of Negligent Infliction of Emotional Distress against Luther and limiting recovery of damages on Plaintiff's remaining claims to those resulting from injuries occurring on or after September 2, 2022 but before September 13, 2022 [Doc. 95].

Plaintiff avers that counsel for all parties have conferred regarding the bank statements after receiving the Court's October 14, 2025, order, and that "Luther's counsel confirmed that Luther no longer seeks Plaintiff's bank statements as Plaintiff's damages, if proven, are limited to damages resulting from injuries occurring on or after September 2, 2022 but before September 13, 2022." [Doc. 108] at 2. Plaintiff further avers that "Luther does not oppose this motion." *Id.*

1

Federal Rule of Civil Procedure 60(b)(6) provides that: "On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for . . . (6) any other reason that justifies relief." The undersigned finds that based upon the information presented in the instant motion, partial relief from the undersigned's October 8, 2025, Order requiring production of Plaintiff's bank statements is proper.

For the reasons stated herein, the Plaintiff's unopposed motion for partial relief from the undersigned's October 8, 2025, Order compelling production of Plaintiff's bank statements is **GRANTED.**

**SO ORDERED**, this the 21st day of November, 2025.

*/s/ Jane M. Virden*
**UNITED STATES MAGISTRATE JUDGE**